UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SHOKOUFEH NOROUZINIA

Plaintiff/Petitioner

vs.

MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego

Defendants,/Respondents

Civil Np: '07 CV-2220-JAH-(CAB)

**REQUEST TO ENTER DEFAULT**

TO: THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

       Please enter default of defendants MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of SHOKOUFEH NOROUZINIA, the Plaintiff.

Dated: San Diego, California

_Jan/22/_____, 2008

By: /NOROUZINIA/
SHOKOUFEH NOROUZINIA

REQUEST TO ENTER DEFAULT - 1