KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: caroline.clark@usdoj.gov
Telephone: (619) 557-7491
Facsimile: (619) 557-5004

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOKOUFEH NOROUZINIA,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>    Defendants. | Case No. 07cv2219 WQH (POR)<br><br>NOTICE OF LACK OF SERVICE |

On November 20, 2007, Plaintiff Shokoufeh Norouzinia, *pro se*, filed a Petition for Hearing on Naturalization Application in the United States District Court for the Southern District of California. On January 22, 2008, Plaintiff filed a Request to Enter Default Judgement against Defendants. As of today's date, Plaintiff has not served the U.S. Attorney's Office or the U.S. Attorney General. See Fed. R. Civ. P. 4(i); see also Declaration of Mary C. Wiggins, attached hereto as Exhibit A, at ¶¶ 1-5. As Plaintiff has failed to effect proper service, see Fed. R. Civ. P. 4, Defendants' time to answer the Complaint has not been triggered, see Fed. R. Civ. P. 12, and Plaintiff is not entitled to the entry of a judgment by default, see Fed. R. Civ. P. 55.

DATED: February 8, 2008          Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Caroline J. Clark

CAROLINE J. CLARK
Assistant U.S. Attorney

Attorneys for Defendants