KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: caroline.clark@usdoj.gov
Telephone: (619) 557-7491
Facsimile: (619) 557-5004

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOKOUFEH NOROUZINIA,<br><br>　　　　Plaintiff,<br>　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　Defendants. | Case No. 07cv2219 WQH (POR)<br><br>EXHIBIT A |

**EXHIBIT A**

```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROLINE J. CLARK
    Assistant U.S. Attorney
 3  California State Bar No. 220000
    U.S. Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-7491
    Facsimile: (619) 557-5004
 6  Email: Caroline.Clark@usdoj.gov

 7  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOKOUFEH NOROUZINIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR., Director, U.S. Citizenship & Immigration Services (CIS); Office of U.S. Citizenship & Immigration Service for the County of San Diego,<br><br>　　　　Defendants. | Case No. 07cv2219-WQH- (POR)<br><br>DECLARATION OF MARY C. WIGGINS |

I, Mary C. Wiggins, hereby state and declare:

1. I am employed as the Civil Process clerk for the Civil Division of the Office of the United States Attorney for the Southern District of California. I have been so employed since March, 1990. I am the only civil docket clerk for this Office.

2. As the civil docket clerk, I am authorized to accept service of process on behalf of the United States Attorney for matters within the cognizance of the Civil Division.

3. All summonses and complaints which are personally served on the Civil Division of this Office, or are received by mail, or otherwise left with this Office, come directly to me for docketing.

1  All incoming mail for the Civil Division is routed to me for necessary receipt processing, docketing (if
2  necessary) and distribution.
3      4.    On February 8, 2008, I made a thorough, careful and diligent search of the records, suits,
4  complaints, and documents under my care, custody, and control. My diligent search, as just described,
5  indicates that the United States Attorney's Office for the Southern District of California, San Diego,
6  California, has not been served with a Summons and Complaint in the above-entitled matter.
7      5.    Also, on February 8, 2008, I contacted the United States Attorney General's Office in
8  Washington, D.C., by telephone and I was informed by the responsible clerk there that the United States
9  Attorney General has not been served with a summons and complaint in this case.
10      I declare under penalty of perjury that the foregoing is true and correct, and, if called to testify,
11  would be able to do so as to the information set forth above.
12      Executed this __8th__ day of February, 2008, at San Diego, California.

_/s/ Mary C. Wiggins_
MARY C. WIGGINS