UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SHOKOUFEH NOROUZINIA

    Plaintiff/Petitioner

vs.

MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego

    Defendants,/Respondents

Civil No: '07 CV 2219 WQH (POR)

**REQUEST TO ENTER DEFAULT**

FILED 2008 FEB -8 PM 12:58 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

TO: THE CLERK
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA

    Please enter default of defendants MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of SHOKOUFEH NOROUZINIA, the Plaintiff.

Dated: San Diego, California

_____02/07_____, 2008

                              By: NOROUZINIA
                                  SHOKOUFEH NOROUZINIA

REQUEST TO ENTER DEFAULT - 1