# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SHOKOUFEH NOROUZIANI
Plaintiff - Petitioner

vs

MICHAEL CHERTOFF Secretary of the Department of Homeland Security;
EDUARDO AGUIRRE JR. Director of the United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego
Defendants - Respondents

FILED
2008 FEB -8 PM 12:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'07 CV 2219 WQH (POR)

TO: (Name and Address of Defendant)

(1) MICHAEL CHERTOFF, Secretary of D.H.S
EDUARDO AGUIRRE, JR. Director of U.S. C.I.S
USCIS, COUNTY OF SAN DIEGO
880 FRONT ST. SAN DIEGO, CA 92101

(2) OFFICE OF GENERAL COUNSEL. U.S. DEPARTMENT OF HOMELAND SECURITY
WASHINGTON, D.C. 20258

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Shokoufeh Norouzinia
P.O. Box 1540
Poway - CA 92074

An answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | NOV 2 0 2007 |
|---|---|
| CLERK  P. DE LA CRUZ | DATE |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE Nov 26, 2007 |
| NAME OF SERVER FARZAD FARIDI | TITLE FRIEND |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☑ Other (specify): U.S. Mail, Certified, Return Receipt Postage Fully Prepaid.

### STATEMENT OF SERVICE FEES

| TRAVEL | N/A | N/A | SERVICES | TOTAL $0.00 | N/A |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: Feb 8, 2008
Date

Signature of Server

P.O. Box 880104, San Diego, CA 92168
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) / Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Michael Chertoff, DHS
Eduardo Aguirre, Jr. USCIS
USCIS San Diego Dist
880 Front Street - Suite 268
San Diego, CA 92101

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0003 4940 6943

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) / Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Office of General Counsel
U.S. Dept. Homeland Sec.
Washington, DC 20258

_SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY_

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0003 7926 4145

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540