1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7  Attorneys for Defendants

8

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11 SHOKOUFEH NOROUZIANI,         )
                                 )   Case No. 07cv2219 WQH (POR)
12              Plaintiff,       )
                                 )
13      v.                       )   JOINT MOTION TO EXTEND TIME FOR
                                 )   FILING OF RESPONSIVE PLEADING
14 MICHAEL CHERTOFF, Secretary of the)
   Department of Homeland Security;)
15 EDUARDO AGUIRRE JR., Director of the) [Fed.R.Civ.P. 6(b)(1)]
   United States Citizenship and Immigration)
16 Services (CIS); Office of CIS for the County)
   of San Diego,                 )
17                               )
                                 )
18              Defendants.      )
                                 )

19

20      COME NOW THE PARTIES, Plaintiff Shokoufeh Norouziani, and Defendants Michael

21 Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline

22 Clark, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing

23 of Defendants' responsive pleading. The parties are working toward an extrajudicial resolution of

24 Plaintiff's complaint, and the parties have agreed that additional time is required before Defendants'

25 filing of any responsive pleading in order to pursue resolution of Plaintiff's claims without the

26 intervention of the Court. In order to address Plaintiff's claims and without waiving Defendants' rights

27 to defend the causes of actions and allegations, including the right to file any FED. R. CIV. P. 12 motions

28 to dismiss, the parties jointly request this extension of time. Based upon the foregoing, it is respectfully

1  requested that the Court enter an order, under FED. R. CIV. P. 6(b)(1), expanding the time for the filing
2  of Defendants' responsive pleading until **June 16, 2008**.

3

4  DATED:                              _NOROUZIANI_ 04/08/2008
5                                      SHOKOUFEH NOROUZIANI
                                       Plaintiff
6

7  DATED: April 14, 2008               KAREN P. HEWITT
                                       United States Attorney
8

9                                      _Caroline J. Clark_
                                       CAROLINE J. CLARK
10                                     Assistant United States Attorney
                                       Attorneys for Defendants
11                                     E-Mail: caroline.clark@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28