```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROLINE J. CLARK
    Assistant U.S. Attorney
 3  California State Bar No. 220000
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7491
    Facsimile: (619) 557-5004
 6  E-mail: caroline.clark@usdoj.gov
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOKOUFEH NOROUZIANI,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>  Defendants. | Case No. 07cv2219 WQH (POR)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Ana Strutton, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused to be mailed **JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING**, by the U.S. Postal Service, to the following non-ECF participants in this case:

Shokoufeh Norouziani
P.O. Box 1540
Poway, CA 92074

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008.

Ana Strutton