1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 SHOKOUFEH NOROUZINIA,              )   Case No. 07cv2219 WQH (POR)
                                      )
11              Plaintiff,            )
                                      )
12      v.                            )
                                      )
13 MICHAEL CHERTOFF, Secretary of the )   CERTIFICATE OF SERVICE
   Department of Homeland Security, et al., )
14                                    )
                Defendants.           )
15 _____)

16

17 IT IS HEREBY CERTIFIED THAT:

18      I, Yvette Reyes, am a citizen of the United States and am at least eighteen years of age. My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
19
        I am not a party to the above-entitled action. I have caused to be mailed **JOINT MOTION TO**
20 **REMAND**, by the U.S. Postal Service, to the following non-ECF participants in this case:

21 Shokoufeh Norouzinia
   P.O. Box 1540
22 Poway, CA 92074

23 the last known address, at which place there is delivery service of mail from the U.S. Postal Service.
   I declare under penalty of perjury that the foregoing is true and correct.
24
        Executed on June 12, 2008.
25                                                    _____
                                                      Yvette Reyes
26

27

28