1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11

| SHOKOUFEH NOROUZINIA, | CASE NO. 07cv2219 WQH (POR) |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | |
| Defendants. | |

12
13
14
15

HAYES, Judge:

16

      The Joint Motion to Remand (Doc. # 11) is **GRANTED.** This action shall be remanded to the

17

U.S. Citizenship and Immigration Services for adjudication.

18
19

DATED: June 17, 2008

20
21

                          *William Q. Hayes*

                    **WILLIAM Q. HAYES**
                    United States District Judge

22
23
24
25
26
27
28